# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| ROBERT C. MCCULLIGAN, | : | No. 79 MAP 2015 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court at No. 670 MD |
| | : | 2014 dated September 10, 2015. |
| v. | : | |
| | : | |
| | : | |
| PENNSYLVANIA STATE POLICE AND, | : | |
| CHARLES STEINMETZ, PSP | : | |
| STATETROOPER, INDIVIDUAL AND | : | |
| OFFICIAL CAPACITY AND, MICHAEL J. | : | |
| MINANNO, PSP STATE TROOPER, | : | |
| INDIVIDUAL AND OFFICIAL CAPACITY | : | |
| AND, ANTHONY J. SPAGNOLETTI, | : | |
| MONTGOMERY COUNTY DETECTIVE, | : | |
| INDIVIDUAL AND OFFICIAL CAPACITY | : | |
| AND, WALTER ZDUNOWSKI, | : | |
| MONTGOMERY COUNTY DETECTIVE, | : | |
| INDIVIDUAL AND OFFICIAL CAPACITY | : | |
| AND, ERICK ECHEVARRIA, | : | |
| MONTGOMERY COUNTY DETECTIVE, | : | |
| INDIVIDUAL AND OFFICIAL CAPACITY, | : | |
| | : | |
| Appellees | : | |

## ORDER

**PER CURIAM**                                                     **DECIDED: April 25, 2016**

   **AND NOW,** this 25th day of April, 2016, the order of the Commonwealth Court is

AFFIRMED.